## VERNON JOHNSON v. THE STATE.

No. 21173. Delivered October 23, 1940.

The opinion states the case.

*Percy Foreman,* of Houston, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for ten years.

No statement of facts is brought forward. We are unable to appraise appellant's bills of exception in the absence of a statement of facts.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.